B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Willcox Tire & Service, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-1492729** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**260 Tompkins St.**<br>**Cortland, NY**<br><div align="right">ZIP Code</div>**13045** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**Cortland** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization) (Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**

Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Willcox Tire & Service, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:   **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐  Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐  Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐  Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                     Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

| | |
|---|---|
| | Name of Debtor(s):<br>**Willcox Tire & Service, Inc.** |

### Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney***

X **/s/ Edward J. Fintel, Esq.**
Signature of Attorney for Debtor(s)

**Edward J. Fintel, Esq. 506268**
Printed Name of Attorney for Debtor(s)

**Edward J. Fintel & Associates**
Firm Name

**PO Box 6451**
**Syracuse, NY 13217-6451**

_____
Address

**Email: ejfintel@aol.com**
**315-424-8252  Fax: 315-424-7990**
Telephone Number

**September 12, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Christopher Willcox**
Signature of Authorized Individual

**Christopher Willcox**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**September 12, 2014**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re   **Willcox Tire & Service, Inc.**                                    Case No.  _____

                                  Debtor(s)                        Chapter     **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **Airgas USA LLC 6055 Rockside Woods Blvd N Independence, OH 44131-2329** | **Airgas USA LLC 6055 Rockside Woods Blvd N Independence, OH 44131-2329** | **Business Debt** | | **2,624.99** |
| **American Express PO Box 360002 Ft. Lauderdale, FL 33336-0002** | **American Express PO Box 360002 Ft. Lauderdale, FL 33336-0002** | **Business Debt** | | **2,600.00** |
| **American Tire Distributors 12200 Herbert Wayne Court Huntersville, NC 28078** | **American Tire Distributors 12200 Herbert Wayne Court Huntersville, NC 28078** | **Trade debt** | | **55,067.13** |
| **Anca Foreign Auto Parts 1401 Erie Blvd Schenectady, NY 12305** | **Anca Foreign Auto Parts 1401 Erie Blvd Schenectady, NY 12305** | **Business Debt** | | **3,013.04** |
| **CDLM & Co. 401 East State St Suite 500 Ithaca, NY 14850** | **CDLM & Co. 401 East State St Suite 500 Ithaca, NY 14850** | | | **3,250.00** |
| **Chris Wilcox 4989 Demeree Dr Homer, NY 13077** | **Chris Wilcox 4989 Demeree Dr Homer, NY 13077** | **Loan** | | **23,500.00** |
| **Dunn Tire LLC aka Express Tire 475 Cayuga Road, Suite 500 Buffalo, NY 14225** | **Dunn Tire LLC aka Express Tire 475 Cayuga Road, Suite 500 Buffalo, NY 14225** | **Judgment** | | **116,888.69** |
| **Excellus Health Plan PO Box 5266 Binghamton, NY 13902** | **Excellus Health Plan PO Box 5266 Binghamton, NY 13902** | | | **7,154.77** |

B4 (Official Form 4) (12/07) - Cont.

In re    **Willcox Tire & Service, Inc.**                                    Case No. _____
                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| First National Bank of Dryden<br>7 West Main St<br>Dryden, NY 13053 | First National Bank of Dryden<br>7 West Main St<br>Dryden, NY 13053 | Guaranty of Willcox Tompkins Street Properties, LLC debt.<br>All inventory, fixtues, machinery, etc<br>UCC File#201008038249340<br>UCC File# 20121218844152 | Contingent | 326,061.03<br><br>(70,947.91 secured) |
| Hurtubise Tire, Inc.<br>63 Oliver Street<br>North Tonawanda, NY 14120 | Hurtubise Tire, Inc.<br>63 Oliver Street<br>North Tonawanda, NY 14120 | Trade Debt - Litigation pending | | 6,501.19 |
| Jack Williams Tire Company<br>PO Box 417486<br>Boston, MA 02241 | Jack Williams Tire Company<br>PO Box 417486<br>Boston, MA 02241 | Tires | | 20,035.80 |
| Max Finkelstein<br>PO Box 5901<br>New York, NY 10087 | Max Finkelstein<br>PO Box 5901<br>New York, NY 10087 | | | 5,656.00 |
| MSA Group<br>PO Box 2004<br>Keene, NH 03431 | MSA Group<br>PO Box 2004<br>Keene, NH 03431 | | | 6,942.00 |
| NYS Dept. of Taxation & Finance<br>Sales Tax Division- Bankruptcy<br>PO Box 5300<br>Albany, NY 12205 | NYS Dept. of Taxation & Finance<br>Sales Tax Division- Bankruptcy<br>PO Box 5300<br>Albany, NY 12205 | Sales Tax from 11/30/2012 through and including 8/31/2014. Acct#: 039607929-8, L-040029178-2, L-040445225-2, L-040603243-5, L-040965647-3, L-041398247 | | 127,500.00 |
| NYS Tax Department<br>Waste Tire Management Fee<br>PO Box 4100<br>Binghamton, NY 13902 | NYS Tax Department<br>Waste Tire Management Fee<br>PO Box 4100<br>Binghamton, NY 13902 | Tire Tax | | 15,065.75 |
| Pam Consulting Service<br>PO Box 728<br>Marathon, NY 13803 | Pam Consulting Service<br>PO Box 728<br>Marathon, NY 13803 | Business Debt | | 3,411.08 |
| Receivables Control Corporation<br>PO Box 9658<br>Minneapolis, MN 55440 | Receivables Control Corporation<br>PO Box 9658<br>Minneapolis, MN 55440 | Coleection for Spectra Premium | | 83,429.67 |
| Sandone Tire<br>730 Wyoming Ave<br>Scranton, PA 18509 | Sandone Tire<br>730 Wyoming Ave<br>Scranton, PA 18509 | | | 4,836.15 |

B4 (Official Form 4) (12/07) - Cont.

In re    **Willcox Tire & Service, Inc.**                              Case No. _____
                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **TRS Recovery Services, Inc.**<br>**PO Box 60022**<br>**City Of Industry, CA**<br>**91716-0012** | **TRS Recovery Services, Inc.**<br>**PO Box 60022**<br>**City Of Industry, CA 91716-0012** | | | **3,627.85** |
| **Wilcox Properties, LLC**<br>**260 Tompkins Rd**<br>**Cortland, NY 13045** | **Wilcox Properties, LLC**<br>**260 Tompkins Rd**<br>**Cortland, NY 13045** | **Lease** | | **30,500.00** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **September 12, 2014**                    Signature    **/s/ Christopher Willcox**
                                                                **Christopher Willcox**
                                                                **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of New York

In re **Willcox Tire & Service, Inc.** ,

Debtor

Case No. _____

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 70,947.91 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 326,061.03 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 142,565.75 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 10 | | 405,527.23 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 20 | | | |
| Total Assets | | | 70,947.91 | | |
| Total Liabilities | | | | 874,154.01 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of New York

In re    **Willcox Tire & Service, Inc.**                                        ,          Case No. _____

                                                    Debtor

                                                                        Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re **Willcox Tire & Service, Inc.** _____,     Case No. _____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |
| | (Report also on Summary of Schedules) | |

__0__  continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07)

.

In re      **Willcox Tire & Service, Inc.**                                                ,      Case No. _____
                                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account: First National Bank of Dryden** | - | 1,709.21 |
| | | **Checking Account: First National Bank of Dryden** | - | 850.27 |
| | | **Checking Account: First National Bank of Dryden** | - | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **2,559.48**
(Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Willcox Tire & Service, Inc.**                                                ,    Case No. _____
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Various accounts receivable - total $20,598.43. Debtor believe that approximately $7,150 is uncollectible** | **-** | 13,488.43 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >        **13,488.43**
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Willcox Tire & Service, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Seven (7) computer stations, 4 desks and chairs, 4 filing cabinets** | - | 3,000.00 |
| | | **Waiting room chairs, coffee table, coffee machine, television** | - | 350.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Bathroom cleaning supplies, garage cleaning supplies, light bulbs** | - | 100.00 |

|  | Sub-Total > | 3,450.00 |
|---|---|---|
|  | (Total of this page) | |

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Willcox Tire & Service, Inc.**  ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Ammco 4000 Disc Drum Brake Lathe (1,000), Two (2) Lincoln Electric 140 HD Weld Pak MIG Welder (500), Two (2) BK 7400 Wall mount Strut Spring Compressor (400), Hypertherm Powermax 45 Plasma Cutter (1,000), Snap-On Battery Charger (500), Hunter P411 Alignment Machine (300), Bishman Inner Tube dunker (100), Welding Tanks (200), Challenger 12k Lift (2,000), Four (4) Rotary 7K Lift (4,000), Two (2) Rotary 9K Lift (2,500), Radiator Test and Repair Equipment (3,500). Used Oil Furnace (2,500), Rotary Alignment Rack (1,500), Rotary 27K Drive on Lift (4,500), Rotary P1302 Lift (4,500), Two (2) Coats Tire Machines (1,500), Champion Air Compressor Model HR10 (1,750)** | - | 32,250.00 |
| | | **NYS Inspection Machine (4,000), Sumex Press (350), Coats Rim Clamp Tire Machine model 5065EX (1,400), Coats Tire Machine Model 4040SA (750), Branick Air Operator Tire Spreader Model EF (1,200), Miller Dynasty Welder Model 350 (7,500), Coats Tire Balancer Model 1250 (500), Hobart Handler Welder (1,000), Two (2) Ranger Tire Balancers (1,500), Robinair AC Machine (1,000)** | - | 19,200.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 51,450.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 70,947.91 |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Willcox Tire & Service, Inc.**                            ,    Case No. _____

                         Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **First National Bank of Dryden** <br> **7 West Main St** <br> **Dryden, NY 13053** | - | | **Various** <br> **Security Interest-UCC** <br> **Guaranty of Willcox Tompkins Street Properties, LLC debt.** <br> **All inventory, fixtues, machinery, etc** <br> **UCC File#201008038249340** <br> **UCC File# 20121218844152** <br> **UCC File# 201312058485692** | | X | | | |
| | | | Value $         70,947.91 | | | | 326,061.03 | 255,113.12 |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal <br> (Total of this page) | 326,061.03 | 255,113.12 |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | 326,061.03 | 255,113.12 |

B6E (Official Form 6E) (4/13)

In re  **Willcox Tire & Service, Inc.** ,                                              Case No. _____
_____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_      continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Willcox Tire & Service, Inc.**                                        ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **L-039256561-9, continued below** | | | **September 2012-Feb. 28, 2014** | | | | | | |
| **NYS Dept. of Taxation & Finance Sales Tax Division- Bankruptcy PO Box 5300 Albany, NY 12205** | | - | **Sales Tax from 11/30/2012 through and including 8/31/2014. Acct#: 039607929-8, L-040029178-2, L-040445225-2, L-040603243-5, L-040965647-3, L-041398247-4** | | | | 127,500.00 | 0.00 | 127,500.00 |
| Account No. **27-1492729** | | | **Tire Tax** | | | | | | |
| **NYS Tax Department Waste Tire Management Fee PO Box 4100 Binghamton, NY 13902** | | - | | | | | 15,065.75 | 0.00 | 15,065.75 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 142,565.75 | 0.00 142,565.75 |
| Total (Report on Summary of Schedules) | 142,565.75 | 0.00 142,565.75 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Willcox Tire & Service, Inc.**                                                          ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **4338** <br><br> **Adams London & Weiss LLC** <br> **PO Box 37428** <br> **Houston, TX 77237** | | - | | | Collection Account-Safety Kleen | | | | 1,010.99 |
| Account No. **6182047676** <br><br> **Advance Auto Parts Professional** <br> **PO Box 742063** <br> **Atlanta, GA 30374-2063** | | - | | | Parts | | | | 2,219.22 |
| Account No. **NO00** <br><br> **Airgas USA LLC** <br> **6055 Rockside Woods Blvd N** <br> **Independence, OH 44131-2329** | | - | | | Business Debt | | | | 2,624.99 |
| Account No. <br><br> **All Computer Resources, Inc.** <br> **12219 SW 129th CT** <br> **Miami, FL 33186** | | - | | | Other | | | | 219.00 |

__9__  continuation sheets attached                                        Subtotal    | 6,074.20
                                                                    (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        S/N:35300-140804    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Willcox Tire & Service, Inc.**                                          ,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **American Express** <br> **PO Box 360002** <br> **Ft. Lauderdale, FL 33336-0002** | - | | Business Debt | | | | 2,600.00 |
| Account No. **Index# 13-346** <br><br> **American Tire Distributors** <br> **12200 Herbert Wayne Court** <br> **Huntersville, NC 28078** | - | | Trade debt | | | | 55,067.13 |
| Account No. <br><br> **Anca Foreign Auto Parts** <br> **1401 Erie Blvd** <br> **Schenectady, NY 12305** | - | | Business Debt | | | | 3,013.04 |
| Account No. **193554600** <br><br> **Caine & Weiner** <br> **338 Harris Hill Road** <br> **Suite 206** <br> **Buffalo, NY 14221** | - | | Collection for Ameripride | | | | 1,923.52 |
| Account No. <br><br> **Casella Waste Services** <br> **PO Box 1372** <br> **Williston, VT 05495-1372** | - | | Utility | | | | 520.52 |

Sheet no. __1__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

63,124.21

B6F (Official Form 6F) (12/07) - Cont.

In re  **Willcox Tire & Service, Inc.** _____,   Case No. _____
                                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **CDLM & Co.** <br> **401 East State St** <br> **Suite 500** <br> **Ithaca, NY 14850** | - | | | | | | 3,250.00 |
| Account No. <br><br> **Chris Wilcox** <br> **4989 Demeree Dr** <br> **Homer, NY 13077** | - | | Loan | | | | 23,500.00 |
| Account No. <br><br> **Cortland Memorial Hospital** <br> **PO Box 2060** <br> **Cortland, NY 13045** | - | | Medical Bill | | | | 340.14 |
| Account No. **116048** <br><br> **DriveTech America** <br> **5988A Peachtree Corners East** <br> **STE A** <br> **Norcross, GA 30071** | - | | Parts | | | | 2,538.00 |
| Account No. **Index# 13-298** <br><br> **Dunn Tire LLC aka Express Tire** <br> **475 Cayuga Road, Suite 500** <br> **Buffalo, NY 14225** | - | | Judgment | | | | 116,888.69 |

Sheet no. __2__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

146,516.83

B6F (Official Form 6F) (12/07) - Cont.

In re   **Willcox Tire & Service, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No.<br><br>**Dutchers**<br>**4495 Cramer Road**<br>**Morrisville, NY 13408** | | - | | | | | | 250.00 |
| Account No.<br><br>**Emp of Cortland County**<br>**PO Box 6366757**<br>**Cincinnati, OH 45263** | | - | | | | | | 454.95 |
| Account No.<br><br>**Excellus Health Plan**<br>**PO Box 5266**<br>**Binghamton, NY 13902** | | - | | | | | | 7,154.77 |
| Account No.<br><br>**Fox Fur Communications**<br>**401 West Kirpatrick St**<br>**Syracuse, NY 13204** | | - | | Business Debt | | | | 2,250.00 |
| Account No. 757203<br><br>**Frey The Wheel Man**<br>**41 E Tupper St**<br>**Buffalo, NY 14203** | | - | | Other | | | | 86.45 |

Sheet no. __3__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,196.17

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Willcox Tire & Service, Inc.** ,                                   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Golf Skor**<br>**21 Oak Hollow Dr**<br>**Asheville, NC 28805** | - | | | | | | 195.00 |
| Account No. **101289** <br><br>**Hurtubise Tire, Inc.**<br>**63 Oliver Street**<br>**North Tonawanda, NY 14120** | - | | **2012**<br>**Trade Debt - Litigation pending** | | | | 6,501.19 |
| Account No. **49446** <br><br>**Jack Williams Tire Company**<br>**PO Box 417486**<br>**Boston, MA 02241** | - | | **Tires** | | | | 20,035.80 |
| Account No. <br><br>**Jaynes Parts**<br>**4 Main St**<br>**Reading Center, NY 14876** | - | | **Business Debt** | | | | 60.00 |
| Account No. <br><br>**Kurtz Truck Equipment**<br>**1085 County Route 116**<br>**Marathon, NY 13803** | - | | **Trade debt** | | | | 113.81 |

Sheet no. __4__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 26,905.80 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Willcox Tire & Service, Inc.**                                                              ,    Case No. _____
                                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2002195C** | | - | | | | | | |
| **Max Finkelstein** **PO Box 5901** **New York, NY 10087** | | | | | | | | 5,656.00 |
| Account No. | | - | | Business Debt | | | | |
| **Mays Fleet and Tire Sales** **3401 Court St** **Syracuse, NY 13206** | | | | | | | | 336.70 |
| Account No. | | - | | | | | | |
| **MDI** **PO Box 560** **Syracuse, NY 13206** | | | | | | | | 1,109.00 |
| Account No. **7533344** | | - | | Tires | | | | |
| **Mohawk Rubber Sales** **PO Box 845965** **Boston, MA 02284-5965** | | | | | | | | 242.75 |
| Account No. | | - | | | | | | |
| **MSA Group** **PO Box 2004** **Keene, NH 03431** | | | | | | | | 6,942.00 |

Sheet no. __5__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 14,286.45 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Willcox Tire & Service, Inc.**                ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **50156**<br><br>**Myers Tire Supply**<br>**5858 Molloy Road, Suite 178**<br>**Syracuse, NY 13211** | - | | Tires | | | | 215.14 |
| Account No.<br><br>**National Grid**<br>**Attn:  Bankruptcy Unit**<br>**300 Erie Blvd. West**<br>**Syracuse, NY 13202** | - | | Utility | | | | 719.73 |
| Account No.<br><br>**Pam Consulting Service**<br>**PO Box 728**<br>**Marathon, NY 13803** | - | | Business Debt | | | | 3,411.08 |
| Account No. **38380**<br><br>**Peter J. Schiller Corp**<br>**361 Washington St**<br>**Rochester, NY 14625** | - | | | | | | 877.45 |
| Account No. **0006384512**<br><br>**Receivables Control Corporation**<br>**PO Box 9658**<br>**Minneapolis, MN 55440** | - | | Coleection for Spectra Premium | | | | 83,429.67 |

Sheet no. __6__ of __9__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
(Total of this page)      **88,653.07**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Willcox Tire & Service, Inc.** ,                    Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **Rid of It** <br> PO Box 11574 <br> Syracuse, NY 13218 | - | | | | | | 480.00 |
| Account No. <br> **Sandone Tire** <br> 730 Wyoming Ave <br> Scranton, PA 18509 | - | | | | | | 4,836.15 |
| Account No. <br> **Sciarabba, Walker & Company** <br> 200 East Buffalo St., Suite 402 <br> Ithaca, NY 14850 | - | | | | | | 632.19 |
| Account No. <br> **Specialty Tire** <br> 3983 Eastbourne Drive <br> Syracuse, NY 13206 | - | | Trade debt | | | | 215.60 |
| Account No. <br> **Syracuse Haulers** <br> 6223 Thompson Road <br> Suite 1000 <br> Syracuse, NY 13206 | - | | Trash Removal | | | | 2,259.00 |

Sheet no. __7__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     8,422.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Willcox Tire & Service, Inc.** ,                          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Taalman** **351 Leaside Ave.** **Stoney Creek, ON   L8E2N8** **CANADA** | - | | | | | | 924.30 |
| Account No. | | | | | | | |
| **Time Warner Cable** **PO Box 70872** **Charlotte, NC 28272** | - | | | | | | 531.45 |
| Account No. | | | Other | | | | |
| **Travelers Insurance** **PO Box 660317** **Dallas, TX 75266** | - | | | | | | 2,111.70 |
| Account No. | | | | | | | |
| **TRS Recovery Services, Inc.** **PO Box 60022** **City Of Industry, CA 91716-0012** | - | | | | | | 3,627.85 |
| Account No. | | | | | | | |
| **Unifirst** **103 Luther Ave** **Liverpool, NY 13088** | - | | | | | | 897.24 |

Sheet no. __8___ of __9___ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

| | |
|---|---|
| | 8,092.54 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Willcox Tire & Service, Inc.** _____,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **41025**<br><br>**United Auto Supply**<br>**450 Tracy Street**<br>**Syracuse, NY 13204** | | - | | Trade debt | | | | 2,488.29 |
| Account No.<br><br>**Verizon**<br>**PO Box 1100**<br>**Albany, NY 12250** | | - | | | | | | 110.85 |
| Account No.<br><br>**Wheel Pros**<br>**PO Box 112**<br>**Dimock, PA 18816** | | - | | | | | | 155.88 |
| Account No.<br><br>**Wilcox Properties, LLC**<br>**260 Tompkins Rd**<br>**Cortland, NY 13045** | | - | | Lease | | | | 30,500.00 |
| Account No.<br><br><br> | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __9__ of __9__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 33,255.02 |
| | Total<br>(Report on Summary of Schedules) | 405,527.23 |

B6G (Official Form 6G) (12/07)

In re    **Willcox Tire & Service, Inc.**                                          ,    Case No. _____
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Willcox Tompkins Street Properties, LLC** <br> **260 Tompkins Street Extension** <br> **Cortland, NY 13045** | **10 year lease ending January 31, 2020, with two additional five (5) year renewal terms.  The sole member of the lessor is also the sole officer, director and shareholder of the Debtor.** <br> **The lease is triple net, with Debtor paying rent, property taxes and insurance.  Monthly payment is approximately $6,100.** <br> **Debtor is five (5) months in rental payment arrears.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re  **Willcox Tire & Service, Inc.**                                                    ,     Case No. _____
                                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of New York

In re   **Willcox Tire & Service, Inc.**                                    Case No. _____

                                                    Debtor(s)        Chapter   **11**   _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**22**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 12, 2014**                    Signature   **/s/ Christopher Willcox**
                                                            **Christopher Willcox**
                                                            **President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of New York

In re   **Willcox Tire & Service, Inc.**                Case No.

                                            Debtor(s)        Chapter    **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$481,789.00** | **2014 YTD Gross Income** |
| **$1,145,009.00** | **2013 Calendar Year- Gross Income** |
| **$2,126,469.00** | **2012 Calendar Year- Gross Income** |

---

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                        SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Auto Zone Cortland<br>PO Box 3839<br>Cortland, NY 13045 | | $7,205.04 | $1,608.14 |
| Express Tire a/k/a Dunn Tire<br>475 Cayuga Road #500<br>Buffalo, NY 14225 | | $13,876.00 | $0.00 |
| Moores Tire Sale<br>PO Box 449<br>Owego, NY 13827 | | $11,617.00 | $0.00 |
| National Grid<br>Attn:  Bankruptcy Unit<br>300 Erie Blvd. West<br>Syracuse, NY 13202 | | $8,409.00 | $719.73 |
| United Auto Supply<br>PO Box 504<br>Syracuse, NY 13204 | | $12,131.00 | $2,488.29 |
| Willcox Properties LLC<br>260 Tompkins Road<br>Cortland, NY 13045 | | $7,603.00 | $30,500.00 |

None
■

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Index# SC-026692-13/CD Taughannock Media, LLC v Willcox Tire & Service. Inc.** | **Judgment docketed December 16, 2013 - $2,060.27** | **Cortland City Court, County of Cortland, State of New York** | **Judgment in** |
| **Index#151024 Hurtubise Tire, Inc. v. Willcox Tire and Service Inc.** | **Collection** | **Niagara County Supreme Court, Tonawanda, NY** | **Plaintiff** |
| **Dunn Tire, Inc. a/k/a Express Tire v Willcox Tire & Services, Inc.** | **Collection** | **Cortland County, Supreme Court, State of NY** | **Judgement in the amount of $116,888.69** |
| **American Tire Distributors, Inc. v. Willcox Tire & Service, Inc. d/b/a Willcox Tire Centers - Index No.: 13-346** | **Collection** | **Cortland County Supreme Court, Cortland, NY** | **Pending** |
| **Index# 14-5361 Midtown Tire, Inc. v Willcox Tire & Service, Inc.** | **Lawsuit** | **Supreme Court, State of New York, County of Monroe** | **Judgment in favor of plaintiff in amount of $2833.10 plus interest. Client paid satisfied Judgment in July 2014.** |

None ☐    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Midtown Tire, Inc. 801 Hiawatha Blvd East Syracuse, NY 13208** | **July 2014** | **Creditor was awarded Judgment in the amount of $2833.10, obtained a Restraining Order on Debtor's bank account. Debtor satisfied Judgment.** |

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

#### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

#### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

#### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

#### 9. Payments related to debt counseling or bankruptcy

None ☐   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Edward Fintel & Associates**<br>**120 Walton  Street**<br>**Suite 203**<br>**Syracuse, NY 13202** | **8/16/13 and 9/9/13** | **$10,000 attorney fees and**<br>**$1,046 court filing fee** |

#### 10. Other transfers

None ■   a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

B7 (Official Form 7) (04/13)
5

None    b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled
        trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

**11.  Closed financial accounts**

None ☐    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or
        otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other
        financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds,
        cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must
        include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed,
        unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Keybank**<br>**320 Tompkins Street**<br>**Cortland, NY 13045** | **Business Checking ending in 0592,$0** | **$0, 6/2014** |

---

**12.  Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year**
        immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or
        depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
        filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

**13.  Setoffs**

None ■    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the
        commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both
        spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

---

**14.  Property held for another person**

None ■    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

---

**15.  Prior address of debtor**

None ■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
        occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
        address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

B7 (Official Form 7) (04/13)

6

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

B7 (Official Form 7) (04/13)
7

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Willcox Tire & Service, Inc.** | **27-1492729** | **260 Tompkins Road Cortland, NY 13045** | **Automotive Repair** | **December 2009- Current** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                        ADDRESS

---

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                        DATES SERVICES RENDERED
**Patty Walts**
**260 Tompkins St.**
**Cortland, NY 13045**

**John Reagan, CPA**                                                   **Yearly Taxes**
**16 Church St**
**Cortland, NY 13045**

None
☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                              ADDRESS                                DATES SERVICES RENDERED
**NYS Dept. of Taxation & Finance**   **Sales Tax Division- Bankruptcy**    **Audited 2014**
                                  **PO Box 5300**
                                  **Albany, NY 12205**

None
☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS
**Chris Willcox**                           **4989 Demeree Dr**
                                            **Homer, NY 13077**

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

B7 (Official Form 7) (04/13)

8

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **June 1, 2014** | **Chris Willcox** | **$120,000- Cost** |
| **January 1, 2014** | **Chris Willcox** | **$120,000-Cost** |

None ☐    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **June 1, 2014** | **Chris Willcox**<br>**4989 Demeree Dr**<br>**Homer, NY 13077** |
| **January 1, 2014** | **Chris Willcox**<br>**4989 Demeree Dr**<br>**Homer, NY 13077** |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Chris Wilcox**<br>**4989 Demeree Dr**<br>**Homer, NY 13077** | **President** | **100%** |

### 22 . Former partners, officers, directors and shareholders

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)

9

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                   TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 12, 2014**                    Signature    **/s/ Christopher Willcox**
                                                             **Christopher Willcox**
                                                             **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# United States Bankruptcy Court
## Northern District of New York

In re  **Willcox Tire & Service, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ TO BE DETERMINED |
| Prior to the filing of this statement I have received | $ 10,000.00 |
| Balance Due | $ see ATTACHED RETAINER, and subject to Court Approval |

2.  $ **1,046.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:  9/12/14

Edward J. Fintel, Esq. 506268
Edward J. Fintel & Associates
PO Box 6451
Syracuse, NY 13217-6451
315-424-8252  Fax: 315-424-7990
ejfintel@aol.com

---

# RETAINER AGREEMENT

Willcox Tire & Service, Inc. (hereinafter "Client") having a principal place of business at 260 Tompkins Street, Cortland, NY 13045, and Edward J. Fintel & Associates and Edward J. Fintel, attorney at law (hereinafter collectively "Attorney") having an office for the practice of law at 120 Walton Street, Suite 203, Syracuse, New York 13202, agree as follows:

1.     The services to be performed by the Attorney under this Agreement include the following:

A.     Analyze Client's ability to file a Chapter 11 case after receipt of all Client's financial information;

B.     Provide legal advice to the Client with respect to the pending Chapter 11 case;

C.     Prepare and file the required petitions, schedules, statements, plans and other documents or pleadings and forms for the pending Chapter 11 case;

D.     Represent the Client in any action, proceeding, trial, conference, or motion in Bankruptcy Court and arising under the pending Chapter 11 case;

E.     Provide legal advice to the Client as to the rights, duties and powers of the Client as a debtor in possession in a Chapter 11 case, and as to other matters arising in or related to the Chapter 11 case; and

F.     Otherwise assist, advise, and represent the Client on matters related to the Chapter 11 case as requested by the Client except any criminal prosecution related to activities of the Client which may arise.

2.     Subject to the approval of the Bankruptcy Court, the Client agrees to reimburse the Attorney for all necessary expenses incurred by the Attorney in the performance of services under this Agreement and to compensate the Attorney for services performed under this Agreement as follows:

A.     Two Hundred and Seventy Five (275.00) dollars per hour for time spent by attorney Edward J. Fintel.

3.     The retainer for legal fees to be paid to Attorney prior to the filing of the Chapter 11 is $10,000.00. The Attorney acknowledges receipt of the sum of $5,000.00 dollars from the Client on August 16, 2013, for services performed or to be performed under this Agreement, and Client has agreed to pay an additional $6,046.00 to Attorney prior to the filing, of which $1,046.00 is for the filing fee in this case. Client further agrees to pay for any judgment, UCC and/or any other related search which may be required prior to the filing of the Chapter 11. In the event it is determined between Attorney and Client that a

Chapter 11 bankruptcy filing is not appropriate, Attorney shall refund Client all unearned fees and costs.

4.    The Attorney warrants that the Attorney is experienced in bankruptcy practice and Chapter 11 reorganization proceedings; that the Attorney has no connection with the Client, the Client's creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee that would preclude the Attorney from representing the Client as a debtor in possession in a Chapter 11 case; and that the attorney does not hold or represent an interest that would be adverse to the interest of the client's estate in a Chapter 11 case.

5.    The parties hereto agree that, subject to approval by the Bankruptcy Court, the Attorney may retain other attorneys and/or professionals as consultants on matters related to this Agreement, and the Client agrees, subject to approval by the Bankruptcy Court, to compensate these attorneys for services rendered on the Client's behalf provided that no services shall be performed by any other attorney without the prior written consent of the Client to the employment of the other attorney and/or professional.

6.    The Attorney agrees to fully account for all Attorney time performed under this Agreement and permit the Client to periodically review the work performed under this Agreement and the records thereof maintained by the Attorney.

7.    Either party may terminate this contract at any time, subject to the approval of the Bankruptcy Court, if required.

IN WITNESS WHEREOF, the parties have executed this Agreement the 16th day of August, 2013 in Syracuse, New York.

EDWARD J. FINTEL & ASSOCIATES

Dated: _8/16/13_                By: _____

Willcox Tire & Services, Inc.

By: _____
    Chris Willcox, President

# United States Bankruptcy Court
## Northern District of New York

In re    **Willcox Tire & Service, Inc.**                                              ,    Case No. _____

                                                             Debtor

                                                                                        Chapter_____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address<br>or place of business of holder | Security<br>Class | Number<br>of Securities | Kind of<br>Interest |
|---|---|---|---|
| **None** | | | |

# DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___**September 12, 2014**_____        Signature  **/s/ Christopher Willcox**_____
                                                             **Christopher Willcox**
                                                             **President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

___**0**___  continuation sheets attached to List of Equity Security Holders

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF NEW YORK

In re    **Willcox Tire & Service, Inc.**                                                      ,

                                    Debtor                          Case No.

                                                                   Chapter    **11**

Social Security No(s). and all Employer's Tax Identification No(s). *[if any]*
**27-1492729**

## CERTIFICATION OF MAILING MATRIX


I,(we),   **Edward J. Fintel, Esq. 506268**   , the attorney for the debtor/petitioner (or, if appropriate, the

debtor(s) or petitioner(s)) hereby certify under the penalties of perjury that the above/attached mailing matrix

has been compared to and contains the names, addresses and zip codes of all persons and entities, as they appear

on the schedules of liabilities/list of creditors/list of equity security holders, or any amendment thereto filed

herewith.



Dated:    **September 12, 2014**

                                              **/s/ Edward J. Fintel, Esq.**
                                              **Edward J. Fintel, Esq. 506268**
                                              Attorney for Debtor/Petitioner
                                              (Debtor(s)/Petitioner(s))

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

.

Adams London & Weiss LLC
Acct No 4338
PO Box 37428
Houston, TX 77237


Advance Auto Parts Professional
Acct No 6182047676
PO Box 742063
Atlanta, GA 30374-2063


Airgas USA LLC
Acct No NO00
6055 Rockside Woods Blvd N
Independence, OH 44131-2329


All Computer Resources, Inc.
12219 SW 129th CT
Miami, FL 33186


American Express
PO Box 360002
Ft. Lauderdale, FL 33336-0002


American Tire Distributors
Acct No Index# 13-346
12200 Herbert Wayne Court
Huntersville, NC 28078


American Tire Distributors
Acct No Index# 13-346
PO Box 889
Huntersville, NC 28070-0889


Anca Foreign Auto Parts
1401 Erie Blvd
Schenectady, NY 12305


Caine & Weiner
Acct No 193554600
338 Harris Hill Road
Suite 206
Buffalo, NY 14221


Casella Waste Services
PO Box 1372
Williston, VT 05495-1372

CDLM & Co.
401 East State St
Suite 500
Ithaca, NY 14850


Chris Wilcox
4989 Demeree Dr
Homer, NY 13077


Cortland Memorial Hospital
PO Box 2060
Cortland, NY 13045


DriveTech America
Acct No 116048
5988A Peachtree Corners East
STE A
Norcross, GA 30071


Dunn Tire LLC aka Express Tire
Acct No Index# 13-298
475 Cayuga Road, Suite 500
Buffalo, NY 14225


Dutchers
4495 Cramer Road
Morrisville, NY 13408


Emp of Cortland County
PO Box 6366757
Cincinnati, OH 45263


Excellus Health Plan
PO Box 5266
Binghamton, NY 13902


First National Bank of Dryden
7 West Main St
Dryden, NY 13053


Fox Fur Communications
401 West Kirpatrick St
Syracuse, NY 13204

```
Frey The Wheel Man
Acct No 757203
41 E Tupper St
Buffalo, NY 14203


Golf Skor
21 Oak Hollow Dr
Asheville, NC 28805


Heath J. Szymczak, Esq.
Acct No Index# 13-346
Jaeckle, Fleischmann & Mugel, LLP
Avant Building - 200 Delaware Avenue
Buffalo, NY 14202-2107


Hurtubise Tire, Inc.
Acct No 101289
63 Oliver Street
North Tonawanda, NY 14120


Jack Williams Tire Company
Acct No 49446
PO Box 417486
Boston, MA 02241


James C. Thoman, Esq.
Acct No Index# 13-298
Hodgson Russ, LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202


Jaynes Parts
4 Main St
Reading Center, NY 14876


Kurtz Truck Equipment
1085 County Route 116
Marathon, NY 13803


Max Finkelstein
Acct No 2002195C
PO Box 5901
New York, NY 10087
```

Mays Fleet and Tire Sales
3401 Court St
Syracuse, NY 13206


MDI
PO Box 560
Syracuse, NY 13206


Mohawk Rubber Sales
Acct No 7533344
PO Box 845965
Boston, MA 02284-5965


MSA Group
PO Box 2004
Keene, NH 03431


Myers Tire Supply
Acct No 50156
5858 Molloy Road, Suite 178
Syracuse, NY 13211


National Grid
Attn: Bankruptcy Unit
300 Erie Blvd. West
Syracuse, NY 13202


NYS Dept. of Taxation & Finance
Acct No L-039256561-9, continued below
Sales Tax Division- Bankruptcy
PO Box 5300
Albany, NY 12205


NYS Tax Department
Acct No 27-1492729
Waste Tire Management Fee
PO Box 4100
Binghamton, NY 13902


Pam Consulting Service
PO Box 728
Marathon, NY 13803

Peter J. Schiller Corp
Acct No 38380
361 Washington St
Rochester, NY 14625


Receivables Control Corporation
Acct No 0006384512
PO Box 9658
Minneapolis, MN 55440


Rid of It
PO Box 11574
Syracuse, NY 13218


Saltarelli & Associates, PC
Acct No 151024
156 Delaware Street
Tonawanda, NY 14150-3498


Sandone Tire
730 Wyoming Ave
Scranton, PA 18509


Sciarabba, Walker & Company
200 East Buffalo St., Suite 402
Ithaca, NY 14850


Specialty Tire
3983 Eastbourne Drive
Syracuse, NY 13206


Syracuse Haulers
6223 Thompson Road
Suite 1000
Syracuse, NY 13206


Taalman
351 Leaside Ave.
Stoney Creek, ON   L8E2N8
CANADA


Time Warner Cable
PO Box 70872
Charlotte, NC 28272

Travelers Insurance
PO Box 660317
Dallas, TX 75266


TRS Recovery Services, Inc.
PO Box 60022
City Of Industry, CA 91716-0012


Unifirst
103 Luther Ave
Liverpool, NY 13088


United Auto Supply
Acct No 41025
450 Tracy Street
Syracuse, NY 13204


Verizon
PO Box 1100
Albany, NY 12250


Wheel Pros
PO Box 112
Dimock, PA 18816


Wilcox Properties, LLC
260 Tompkins Rd
Cortland, NY 13045


Willcox Tompkins Street Properties, LLC
260 Tompkins Street Extension
Cortland, NY 13045

# United States Bankruptcy Court

## Northern District of New York

In re   **Willcox Tire & Service, Inc.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Willcox Tire & Service, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 12, 2014**

Date

**/s/ Edward J. Fintel, Esq.**

**Edward J. Fintel, Esq. 506268**

Signature of Attorney or Litigant

Counsel for   **Willcox Tire & Service, Inc.**

**Edward J. Fintel & Associates**

**PO Box 6451**
**Syracuse, NY 13217-6451**
**315-424-8252 Fax:315-424-7990**
**ejfintel@aol.com**